LEE TIRE & RUBBER Co. OF NEW YORK, INC., Appellant, v. BANQUE D'INDUSTRIE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin, J.,

dissents and votes to reverse and direct judgment for plaintiff for the amount sued for with interest.